Irene L. FAIRBAIRN, as Administratrix of the goods, chattels and credits of Robert L. Fairbairn, deceased, Plaintiff-Appellant,

v.

NORTH ATLANTIC & GULF STEAMSHIP COMPANY, Defendant-Appellee.

No. 136, Docket 23238.

United States Court of Appeals, Second Circuit.

Argued Jan. 11, 1955.

Decided Jan. 25, 1955.

Jacob Rassner, New York City (Louis Cohen, New York City, on the brief), for plaintiff-appellant.

Eugene Underwood, New York City (Burlingham, Hupper & Kennedy and James W. Lynch, New York City, on the brief), for defendant-appellee.

Before CLARK, Chief Judge, and FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Here the trial judges have shown assiduity to protect the plaintiff's legitimate interests when inexcusably neglected by the lawyer of her own choosing; but there comes a time when the court must refuse further continuances out of respect for its own dignity and the need to get judicial business done. Nor is there anything to show that the ensuing trial was unfair or the result improper.

Judgment affirmed.